# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HELEN GODDARD | ) |
| 97 Olden Lane | ) COMPLAINT  IN THE |
| Princeton, NJ  08540 | ) NATURE OF MANDAMUS |
| (USCIS FILE NO.: A88-046-595) | ) UNDER 28 U.S.C. §1361 |
| | ) AND UNDER THE APA |
| | ) §§§ 702, 704, 706(1). |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| JONATHAN SCHARFEN, | ) |
| Acting Director | ) |
| U.S. CITIZENSHIP & | ) CIVIL ACTION: |
| IMMIGRATION SERVICES, in his | ) |
| official capacity, as well as his | ) |
| successors and assigns | ) |
| 20 Massachusetts Avenue, N.W | ) |
| Washington, DC  20529 | ) |
| | ) |
| MICHAEL CHERTOFF, Secretary | ) |
| U.S. Department of Homeland Security, | ) |
| In his official capacity as well as his | ) |
| successors | ) |
| and assigns, | ) |
| 425 Murray Drive, Building 410 | ) |
| Washington, DC 20528 | ) |
| | ) |
| and | ) |
| | ) |
| ROBERT S. MUELLER, III, Director, | ) |
| Federal Bureau of Investigation, | ) |
| in his official capacity, | ) |
| as well as his successors and assigns | ) |
| J. Edgar Hoover Building | ) |
| 935 Pennsylvania Avenue, N.W. | ) |
| Washington, DC  20535-0001 | ) |
| | ) |
| Defendants. | ) |

## I.  INTRODUCTION

1.     This is a civil action brought to compel Defendants and those acting under them to adjudicate Plaintiff's Application to Register Permanent Residence or Adjust Status (Form I-485).  Plaintiff's application for permanent residence was filed on October 27, 2006, and has remained pending since that date.  As Defendants have failed to undertake their mandatory duty to render a decision on her application for adjustment of status to permanent residence after an extreme delay, Plaintiff seeks a mandatory order from this Honorable Court compelling Defendants to adjudicate Plaintiff's application for permanent residence. 28 U.S.C. §1361.  Further, Plaintiff seeks to compel Defendants to adjudicate Plaintiff's application for permanent residence pursuant to the Administrative Procedures Act (APA) because Defendants have "unlawfully withheld or unreasonably delayed" adjudicating the adjustment application. 5 U.S.C. §706(1).

## II.  JURISDICTION AND VENUE

2.     The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1361 and §1331. This action is filed in response to unreasonable agency delay and failure to act on Plaintiff's application for adjustment of status to permanent residence in violation of the APA, 5 U.S.C.A. §702 & §706(1), as well as the failure to perform the mandatory duty to adjudicate the application after an extreme delay, 28 U.S.C. §1361.  Venue is properly with this Court because all Defendants  reside in their official capacity in Washington, D.C.  Further, a substantial part of the events or omissions giving rise to the claim occurred within this judicial district.  Therefore, venue is proper under 28 U.S.C. §1391(e)(1) and (e)(2).

3.      The Plaintiff is an adult native and citizen of the United Kingdom who resides lawfully in the United States at 97 Olden Lane, Princeton, New Jersey 08540.

4.      The Acting Director of the USCIS, Jonathan Scharfen, is sued only in his official capacity, as well as his successors and assigns.  The USCIS is headquartered at 20 Massachusetts Avenue, N.W., Washington, D.C.  20529.  The USCIS is required to adjudicate immigrant visa petitions as well as applications for permanent residence status under the Immigration and Nationality Act (INA).

5.      The defendant Michael Chertoff is the Secretary of the U.S. Department of Homeland Security ("DHS").  He is sued in his official capacity, as well as his successors and assigns.  The DHS oversees the operations of Defendant USCIS.

6.      Robert S. Mueller, III, is the Director of the Federal Bureau of Investigation, who is also sued only in his official capacity along with his successors and assigns, whose duties include ensuring timely completion of all requests made by the USCIS for security clearances.  The FBI is headquartered at the J. Edgar Hoover Building, 935 Pennsylvania Avenue, NW, Washington, D.C. 20535-0001.

### III.  BACKGROUND

7.      On October 27, 2006, Plaintiff filed an Application for Adjustment of Status to U.S. Permanent Residence (Form I-485) with the USCIS under INA §245(a), 8 U.S.C. §1255(a). Exhibit 1 (Form I-485 Receipt Notice).  Plaintiff was then, and remains fully eligible for adjustment of status to permanent residence pursuant to 8 U.S.C. §1255(a).

8.      The relevant statute, 8 U.S.C. §1255(a), provides for the adjustment of status to permanent residence of an alien who is inspected and admitted or paroled into the United States if:

(1) The alien makes an application for such adjustment;
(2) The alien is eligible to receive an immigrant visa and is admissible to the United States for permanent residence; and
(3) An immigrant visa is immediately available to her at the time her application is filed.

9.      Plaintiff meets all of these criteria.

10.     First, Plaintiff applied for Adjustment of Status to Permanent Residence on October 27, 2006.  Second, Plaintiff is admissible to the U.S. and she is not subject to any bars to her eligibility. Plaintiff is currently lawfully present in the United States.  Third, Plaintiff is the beneficiary of an approved Immigrant Petition for Alien Worker (Form I-140) under 8 U.S.C. §1153(b)(1)(B), according her status as a derivative of an outstanding researcher or professor.  The principal beneficiary, Plaintiff's husband Dr. Peter Goddard, was accorded status as an outstanding researcher or professor, the highest priority worker under the employment-based first category for permanent residence, on January 29, 2007.  Exhibit 2 (Form I-140 Approval Notice for Dr. Peter Goddard).  While Plaintiff's application for permanent residence remains pending indefinitely, Dr. Goddard became a U.S. permanent resident on February 21, 2007.

11.     Plaintiff's priority date of October 27, 2006 was current at the time of filing and is current under the June 2008 Visa Bulletin and therefore an immigrant visa is immediately available to her. Exhibit 3 (Visa Bulletins).

12.     At the time of filing, due to the importance of retaining outstanding researchers and professors and their derivative family members, the employment-based first category was current for U.K. citizens. Exhibit 3.

13.     Moreover, an immigrant visa continues to be immediately available under the June 2008 Visa Bulletin, which again indicates that all individuals in the employment-

based first category subject to the worldwide quota, are immediately eligible for U.S. permanent residence. Exhibit 3.

14.     Plaintiff has made inquiries with Defendants in order to ascertain the status of her long-pending application for permanent residence and to determine if there is anything that can be done to assist Defendants in completing processing on this application in a timely manner. Exhibit 4 (Status Inquiry Result).

15.     In a December 21, 2007 response to one of Plaintiff's inquiries, USCIS admits that the case is "outside [of] normal processing times," that the adjudication has been untimely, but provides no reason for the continued delay in this matter.  Id.

16.     However, USCIS confirmed on March 16, 2008 that Plaintiff's adjudication is being delayed due to a FBI "name check". While the March 16, 2008 response indicates that the deadline for the completion of the "name check" and the adjudication of Plaintiff's case was April 30, 2008, her application continues to remain pending.

17.     Defendants' delay in adjudicating the application, which has been pending for more than 19 months, is unreasonable in comparison to: (1) USCIS' standard processing times for like applications; (2) USCIS' own policy concerning adjustment of status applications (Form I-485) that have been pending for more than six months due to the FBI "name check"; and, (3) the processing of the primary beneficiary's permanent residence application, which was approved more than 15 months ago.

18.     According to USCIS' posted standard processing dates, as of May 15, 2008, the Texas Service Center, the USCIS office where Plaintiff's application is currently pending, was routinely adjudicating employment-based adjustment applications (Form I-485) that were filed on June 21, 2007.  See Exhibit 5 (Processing Times posted on USCIS

web site).  As a result, Plaintiff's application has been pending for more than eight

months beyond Defendants' standard processing times for like applications.

19.    Moreover, USCIS has admitted that a delay of more than six months due to the

FBI "name check" is unreasonable. Exhibit 6 (Michael Aytes Memorandum). On

February 4, 2008, USCIS enunciated a policy that if a Form I-485 permanent residence

"application is otherwise approvable and the FBI name check request has been pending

for more than 180 days, the adjudicator shall approve the I-485 [application]...and

proceed with card issuance. The FBI has committed to providing FBI name check results

within this timeframe." Exhibit 6 (Michael Aytes Memorandum).

20.    Finally, the primary beneficiary, Dr. Peter Goddard, saw his application

adjudicated within slightly less than four months' time.  With his adjudication period as a

benchmark, Ms. Goddard's derivative application, which is a less complex eligibility

process, has taken 15 months longer and this delay will continue indefinitely without

judicial intervention.

21.    Thus, the adjudication of Plaintiff's permanent residence application has been

unreasonably delayed *vis a vis* similarly situated individuals and this delay is literally

open-ended .

## STATUTORY AND REGULATORY FRAMEWORK

22.    The APA provides a remedy to "compel agency action unlawfully withheld or

unreasonably delayed." 5 U.S.C. §706(1).

23.    Mandamus is a remedy available to "compel an officer or employee of the United

States or any agency thereof to perform a duty owed to the plaintiff" which is to perform

the mandatory ministerial action of adjudication. 28 U.S.C. §1361.

## IV.  CLAIM FOR RELIEF

24.    Defendants have unreasonably delayed and failed to perform a mandatory action in adjudicating Plaintiff's application for adjustment of status filed more than 19 months ago, thereby depriving Plaintiff of the benefits of U.S. permanent residence.

25.    Defendants are duty-bound to adjudicate Plaintiff's application for adjustment of status to permanent residence and have unreasonably failed to perform these duties.

26.    Plaintiff has exhausted any administrative remedies that may exist.  No other remedy exists for Plaintiff to resolve Defendants' delay.

WHEREFORE, Plaintiff prays that the Court:

(1)    Compel Defendants and those acting under them to perform their duties to adjudicate Plaintiff's application for adjustment of status to permanent residence;

(2)    Grant such other and further relief as this Court deems proper under the circumstances; and

(3)    Grant attorney's fees and costs of court.

Respectfully submitted,

Thomas A. Elliot, Esquire
Elliot & Mayock
1666 Connecticut Avenue NW, 5th Floor
Washington, DC  20009
202-429-1725
D.C. Bar # 259713

_Daniel Rudnick_

Daniel M. Rudnick, Esquire
Steel, Rudnick and Ruben
1608 Walnut Street, Suite 1500
Philadelphia, PA 19103
(215) 546-4333
PA Bar # 201481

Date:   June 4, 2008

## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| GODDARD, Helen | SCHARFEN, JONATHAN, USCIS<br>CHERTOFF, MICHAEL, USDHS<br>MUELLER, Robert S., III, Director, FBI |

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**     88888
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
**(IN U.S. PLAINTIFF CASES ONLY)**     11001
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Thomas A. Elliot, Esquire
Elliot & Mayock
1666 Connecticut Avenue, N.W., 5th Floor
Washington, D.C. 20009
202-429-1725

ATTORNEYS (IF KNOWN)

### II. BASIS OF JURISDICTION
(PLACE an x IN ONE BOX ONLY)

O 1 U.S. Government
Plaintiff

O 3 Federal Question
(U.S. Government Not a Party)

⊙ 2 U.S. Government
Defendant

O 4 Diversity
(Indicate Citizenship of
Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE an x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | O 1 | O 1 | Incorporated or Principal Place<br>of Business in This State | O 4 | O 4 |
| Citizen of Another State | O 2 | O 2 | Incorporated and Principal Place<br>of Business in Another State | O 5 | O 5 |
| Citizen or Subject of a<br>Foreign Country | O 3 | O 3 | Foreign Nation | O 6 | O 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| O **A.** *Antitrust* | O **B.** *Personal Injury/ Malpractice* | O **C.** *Administrative Agency Review* | O **D.** *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ **410 Antitrust** | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☒ 890 Other Statutory Actions (If<br>Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| O **E.** *General Civil (Other)* | **OR** | O **F.** *Pro Se General Civil* | |
|---|---|---|---|

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or
defendant
☐ 871 IRS-Third Party 26
USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure
of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational
Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC
Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced &
Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/
Exchange
☐ 875 Customer Challenge 12 USC
3410
☐ 900 Appeal of fee determination
under equal access to Justice
☐ 950 Constitutionality of State
Statutes
☐ 890 Other Statutory Actions (if
not administrative agency
review or Privacy Act

<table>
<tr><td>

○ **G.  Habeas Corpus/ 2255**

☐ 530 Habeas Corpus-General
☐ 510 Motion/Vacate Sentence

</td><td>

○ **H.  Employment Discrimination**

☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)

*(If pro se, select this deck)*

</td><td>

○ **I.  FOIA/PRIVACY ACT**

☐ 895 Freedom of Information Act
☐ 890 Other Statutory Actions (if Privacy Act)

*(If pro se, select this deck)*

</td><td>

○ **J.  Student Loan**

☐ 152 Recovery of Defaulted Student Loans (excluding veterans)

</td></tr>
</table>

| ○ **K.  Labor/ERISA (non-employment)** | ○ **L.  Other Civil Rights (non-employment)** | ○ **M.  Contract** | ○ **N.  Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding    ○ 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

**VI.  CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 U.S.C. Section 702, 704; 28 U.S.C. Section 1361

**VII.  REQUESTED IN COMPLAINT**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Check YES only if demanded in complaint    JURY DEMAND:    YES ☐    NO ☐

**VIII.  RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE  06/12/2008    SIGNATURE OF ATTORNEY OF RECORD  _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT. (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C., 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| **RECEIPT NUMBER**<br>SRC-07-021-51099 | **CASE TYPE** I485   APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS | |
| **RECEIVED DATE**<br>October 27, 2006 | **PRIORITY DATE** | **APPLICANT** A88 046 595<br>GODDARD, HELEN B. |
| **NOTICE DATE**<br>November 1, 2006 | **PAGE**<br>1 of 1 | |

HANY S. BROLLESY
FRAGOMEN DEL REY BERNSEN & LOEWY L
99 WOOD AVE S 10TH FL
ISELIN NJ 08830

**Notice Type:**   Receipt Notice

**Amount received: $**   395.00

**Section:** Derivative adjustment

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-**
**Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.**
Acceptable kinds of photo identification are:
- **a passport or national photo identification issued by your country;**
- **a drivers license,**
- **a military photo identification, or**
- **a state - issued photo identification card.**

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
**Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 01/31/05) N

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I140 |
|---|---|---|
| SRC-07-021-51064 | | IMMIGRANT PETITION FOR ALIEN WORKER |

| RECEIPT DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| October 31, 2006 | October 27, 2006 | INSTITUTE FOR ADVANCED STUDY |

| NOTICE DATE | PAGE | BENEFICIARY A020 353 035 |
|---|---|---|
| January 29, 2007 | 1 of 1 | GODDARD, PETER |

INSTITUTE FOR ADVANCED STUDY
C/O ROBERTA GERNHARDT MANAGER HR
EINSTEIN DR
PRINCETON NJ 08540

**Notice Type:** Approval Notice
Section: Outstanding Professor or
Researcher, Sec.203(b)(1)(B)

Courtesy Copy: Original sent to: BROLLESSY, HANY S

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the attorney or representative indicated above. Any relevant documentation included in the notice was also mailed as part of the official notice.

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
**Customer Service Telephone: (800) 375-5283**



# Visa Bulletin

*Number 119*
*Volume VIII*
*Washington, D.C.*

## VISA BULLETIN FOR JUNE 2008

### A. STATUTORY NUMBERS

1.  This bulletin summarizes the availability of immigrant numbers during **June**. Consular officers are required to report to the Department of State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship and Immigration Services in the Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the extent possible under the numerical limitations, for the demand received by May **8th** in the chronological order of the reported priority dates. If the demand could not be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was excessive was deemed oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who could not be reached within the numerical limits. Only applicants who have a priority date **earlier than** the cut-off date may be allotted a number. Immediately that it becomes necessary during the monthly allocation process to retrogress a cut-off date, supplemental requests for numbers will be honored only if the priority date falls within the new cut-off date.

2.  Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference limit of 226,000. The worldwide level for annual employment-based preference immigrants is at least 140,000. Section 202 prescribes that the per-country limit for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference limits, i.e., 25,620. The dependent area limit is set at 2%, or 7,320.

3.  Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

#### FAMILY-SPONSORED PREFERENCES

**First:** Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

**Second:** Spouses and Children, and Unmarried Sons and Daughters of Permanent Residents: 114,200, plus the number (if any) by which the worldwide family preference level exceeds 226,000, and any unused first preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the per-country limit;

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

**Third:** Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second preferences.

**Fourth:** Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences.

#### EMPLOYMENT-BASED PREFERENCES

**First:** Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not required for fourth and fifth preferences.

**Second:** Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the worldwide employment-based preference level, plus any numbers not required by first preference.

**Third:** Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not required by first and second preferences, not more than 10,000 of which to "Other Workers".

**Fourth:** Certain Special Immigrants: 7.1% of the worldwide level.

**Fifth:** Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a targeted rural or high-unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

4. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligible immigrants in the order in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of preference immigrants are entitled to the same status, and the same order of consideration, if accompanying or following to join the principal. The visa prorating provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceeds the per-country limit. These provisions apply at present to the following oversubscribed chargeability areas: CHINA-mainland born, INDIA, MEXICO, and PHILIPPINES.

5. On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. (NOTE: Numbers are available only for applicants whose priority date is **earlier** than the cut-off date listed below.)

| Fam-ily | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPP-INES |
|---|---|---|---|---|---|
| 1st | 15MAR02 | 15MAR02 | 15MAR02 | 22JUL92 | 15MAR93 |
| 2A | 15JUL03 | 15JUL03 | 15JUL03 | 01MAY02 | 15JUL03 |
| 2B | 01AUG99 | 01AUG99 | 01AUG99 | 08APR92 | 22FEB97 |
| 3rd | 08JUN00 | 08JUN00 | 08JUN00 | 01AUG92 | 01APR91 |
| 4th | 22AUG97 | 01FEB97 | 01FEB97 | 15DEC94 | 08MAR86 |

**\*NOTE:** For June, 2A numbers **EXEMPT from per-country limit** are available to applicants from all countries with priority dates **earlier** than 01MAY02. 2A numbers **SUBJECT to per-country limit** are available to applicants chargeable to all countries **EXCEPT MEXICO** with priority dates beginning 01MAY02 and earlier than 15JUL03. (All 2A numbers provided for MEXICO are exempt from the per-country limit; there are no 2A numbers for MEXICO subject to per-country limit.)

| | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIP-PINES |
|---|---|---|---|---|---|
| **Employ-ment-Based** | | | | | |
| 1st | C | C | C | C | C |
| 2nd | C | 01APR04 | 01APR04 | C | C |
| 3rd | 01MAR06 | 22MAR03 | 01NOV01 | 01JUL02 | 01MAR06 |
| Other Workers | 01JAN03 | 01JAN03 | 01JAN03 | 01JAN03 | 01JAN03 |
| 4th | C | C | C | C | C |
| Certain Religious Workers | C | C | C | C | C |
| 5th | C | C | C | C | C |
| | | | | | |

# Visa Bulletin

*Number 98*
*Volume VIII*
*Washington, D.C.*

## VISA BULLETIN FOR OCTOBER 2006

### A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during October. Consular officers are required to report to the Department of State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship and Immigration Services in the Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the extent possible under the numerical limitations, for the demand received by September 8th in the chronological order of the reported priority dates. If the demand could not be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was excessive was deemed oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who could not be reached within the numerical limits.

Only applicants who have a priority date earlier than the cut-off date may be allotted a number. Immediately that it becomes necessary during the monthly allocation process to retrogress a cut-off date, supplemental requests for numbers will be honored only if the priority date falls within the new cut-off date.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference limit of 226,000. The worldwide level for annual employment-based preference immigrants is at least 140,000. Section 202 prescribes that the per-country limit for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference limits, i.e., 25,620. The dependent area limit is set at 2%, or 7,320.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

### FAMILY-SPONSORED PREFERENCES

First : Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

Second : Spouses and Children, and Unmarried Sons and Daughters of Permanent

Residents: 114,200, plus the number (if any) by which the worldwide family preference level exceeds 226,000, and any unused first preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the per-country limit;

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

Third : Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second preferences.

Fourth : Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences.

### EMPLOYMENT-BASED PREFERENCES

First . Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not required for fourth and fifth preferences.

Second : Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the worldwide employment-based preference level, plus any numbers not required by first preference.

Third : Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not required by first and second preferences, not more than 10,000 of which to "Other Workers".

Schedule A Workers : Employment First, Second, and Third preference Schedule A applicants are entitled to up to

50,000 "recaptured" numbers.

Fourth : Certain Special Immigrants: 7.1% of the worldwide level.

Fifth : Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a targeted rural or high-unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

4. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligible immigrants in the order in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of preference immigrants are entitled to the same status, and the same order of consideration, if accompanying or following to join the principal. The visa prorating provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceeds the per-country limit. These provisions apply at present to the following oversubscribed chargeability areas: CHINA-mainland born, INDIA, MEXICO, and PHILIPPINES.

5. On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. (NOTE: Numbers are available only for applicants whose priority date is earlier than the cut-off date listed below.)

| Fam-ily | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPP-INES |
|---|---|---|---|---|---|
| 1st | 01MAY00 | 01MAY00 | 01MAY00 | 01JAN93 | 01NOV91 |
| 2A | 22APR01 | 22APR01 | 22APR01 | 15OCT99 | 22APR01 |
| 2B | 01JAN97 | 01JAN97 | 01JAN97 | 15FEB92 | 22JUL96 |
| 3rd | 22OCT98 | 22OCT98 | 22OCT98 | 01JAN94 | 01AUG90 |
| 4th | 15SEP95 | 01FEB95 | 01AUG95 | 15SEP93 | 01APR84 |

**\*NOTE:** For October, 2A numbers EXEMPT from per-country limit are available to applicants from all countries with priority dates earlier than 15OCT99. 2A numbers SUBJECT to per-country limit are available to applicants chargeable to all countries EXCEPT MEXICO with priority dates beginning 15OCT99 and earlier than 22APR01. (All 2A numbers provided for MEXICO are exempt from the per-country limit; there are no 2A numbers for MEXICO subject to per-country limit.)

| | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIP-PINES |
|---|---|---|---|---|---|
| **Employ-ment -Based** | | | | | |
| 1st | C | C | C | C | C |
| 2nd | C | 01APR05 | 15JUN02 | C | C |
| 3rd | 01MAY02 | 01MAY02 | 22APR01 | 01MAY01 | 01MAY02 |
| Schedule A Workers | C | C | C | C | C |
| Other | 01JAN01 | 01JAN01 | 01JAN01 | 01JAN01 | 01JAN01 |





U.S. Department of Homeland Security
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488

**U.S. Citizenship
and Immigration
Services**

Friday, December 21, 2007

HELEN GODDARD
97 OLDEN LANE
PRINCETON NJ 08540

Dear Helen Goddard:

On 11/20/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | Princi, Angelina |
| **Caller indicated they are:** | Paralegal for Applicant/Petitioner's Atty or Rep |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 10/31/2006 |
| **Receipt #:** | SRC-07-021-51099 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A009999999 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

Your application was received at the Texas Service Center and is currently pending Service consideration. If additional information is needed, you will be contacted by mail upon review of your case.

Xm127

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 12-21-2007 06:33 PM EST - SRC-07-021-51099




Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resources    Press Room

[ Print This Page ]    [ Back ]

# U.S. Citizenship and Immigration Services
## Texas Service Center Processing Dates
## Posted May 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 13-15 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

Service Center Processing Dates for **Texas Service Center** Posted May 15, 2008

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | January 16, 2008 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | February 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | December 26, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the | December 26, |

| | | U.S. | 2007 |
|---|---|---|---|
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | December 26, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | April 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | April 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | December 26, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | December 26, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | March 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | December 26, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | December 26, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | December 26, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | December 26, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | December 26, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | December 26, 2007 |
| I-131 | Application for Travel Document | All other applicants for advance parole | February 15, 2008 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | August 26, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | August 26, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | August 26, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | August 26, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | August 26, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | August 26, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | August 26, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | August 26, 2007 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | December 07, 2006 |
| I-485 | Application to Register Permanent | Employment-based adjustment applications | June 21, 2007 |

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Domestic Operations of Directorate*
Washington, DC 20529



**U.S. Citizenship and Immigration Services**

FEB 4 - 2008

HQ 70/23 & 70/28.1

# Interoffice Memorandum

| | |
|---|---|
| **TO:** | Field Leadership |
| **FROM:** | Michael Aytes
Associate Director, Domestic Operations |
| **SUBJECT:** | Revised National Security Adjudication and Reporting Requirements |

**Background**

U.S. Citizenship and Immigration Services (USCIS) conducts background checks on all applicants, petitioners, and beneficiaries seeking immigration benefits. This is done both to enhance national security and to ensure the integrity of the immigration process. USCIS has previously mandated that FBI name checks be completed and resolved before any positive adjudication can proceed on certain form types. This memorandum modifies existing guidance for applications where statutory immigration provisions allow for the detention and removal of an alien who is the subject of actionable information that is received from the FBI or other law enforcement agencies after approval of the application.

USCIS is issuing revised guidance in response to recommendations of the DHS Office of Inspector General (OIG-06-06) regarding the need to align the agency's background and security check policies with those of U.S. Immigration and Customs Enforcement (ICE). The *Background and Security Investigations in Proceedings Before Immigration Judges and the Board of Immigration Appeals* regulations prevent immigration judges and the Board of Immigration Appeals (BIA) from granting benefits to aliens before DHS confirms that all background and security checks have been completed. *See* 8 C.F.R. § 1003.47(g); 8 C.F.R. § 1003.1(d)(6)(i). In the context of removal proceedings, ICE has determined that FBI fingerprint checks and Interagency Border Inspection Services (IBIS) checks are the required security checks for purposes of the applicable regulations. In the unlikely event that FBI name checks reveal actionable information after the immigration judge grants an alien permanent resident status, DHS may detain and initiate removal proceedings against the permanent resident. *See* 8 U.S.C. § 1227; *see also* 8 U.S.C. § 1256 (allowing DHS to rescind an alien's adjustment of status).

**Revised National Security Adjudication and Reporting Requirements**
Page 2

**Revised Guidance**

A definitive FBI fingerprint check and the IBIS check must be obtained and resolved before an Application for Adjustment of Status (I-485), Application for Waiver of Ground of Inadmissibility (I-601), Application for Status as a Temporary Resident Under Section 245A of the Immigration and Nationality Act (I-687), or Application to Adjust Status from Temporary to Permanent Resident (Under Section 245A of Public Law 99-603) (I-698) is approved. USCIS will continue to initiate FBI name checks when those applications are received. Where the application is otherwise approvable and the FBI name check request has been pending for more than 180 days, the adjudicator shall approve the I-485, I-601, I-687, or I-698 and proceed with card issuance. The FBI has committed to providing FBI name check results within this timeframe.

There is no change in the requirement that FBI fingerprint check, IBIS check and FBI name check results be obtained and resolved prior to the adjudication of an Application for Naturalization (N-400).

Pending further guidance regarding post-audit reporting and tracking requirements and modifications to associated quality assurance procedures, applications approved pursuant to this memorandum shall be held at the adjudicating office. If derogatory or adverse information is received from the FBI after the application is approved, USCIS will determine if rescission or removal proceedings are appropriate and warranted.

Subject to the reporting requirements set forth in the February 16, 2007, memorandum titled "FBI Name Checks Policy and Process Clarification for Domestic Operations," an application or petition may be denied, dismissed, administratively closed, withdrawn, or referred to the Immigration Court at any time.

Questions regarding this memorandum should be directed through appropriate supervisory and operational channels. Local offices should work through their chain of command.

Distribution List:
Regional Directors
Service Center Directors
District Directors (except foreign)
Field Officer Directors (except foreign)
National Benefits Center Director