AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

HELEN GODDARD

**SUMMONS IN A CIVIL CASE**

V.

JONATHAN SCHARFEN, Acting Director, USCIS, and
MICHAEL CHERTOFF, Secretary, USDHS, and
ROBERT S. MUELLER, III, Director, FBI

CASE

Case: 1:08-cv-01024
Assigned To : Bates, John D.
Assign. Date : 6/16/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Jonathan Scharfen, Acting Director,
USCIS
20 Massachusetts Avenue, N.W.
Washington, D.C. 206529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Elliot, Esquire
Elliot & Mayock
1666 Connecticut Avenue, N.W., 5th Floor
Washington, D.C. 20009

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        JUN 1 6 2008

CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 06/26/2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Dottie Shermet | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Certified mail, return receipt requested.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06/27/2008
Date

*Signature of Server*
Elliot & Mayock
1666 Connecticut Avenue, N.W., 5th Floor
Washington, D.C. 20009

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.85  0277 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.75  06/16/2008 |

Postmark Here — JUN 16 2008 WASHINGTON

Sent To: Jonathan Scharfen, Acting Director, USCIS
Street, Apt. No.; or PO Box No.: 20 Massachusetts Ave., NW
City, State, ZIP+4: Washington, D.C. 20529

PS Form 3800, August 2006    See Reverse for Instructions

7007 0220 0002 5139 2422

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Jonathan Scharfen
    Acting Director
    USCIS
    20 Massachusetts Avenue, NW
    Washington, D.C. 20529

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): DHS
C. Date of Delivery: 6-26-08

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 0220 0002 5139 2422

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540