UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HELEN GODDARD,<br><br>      Plaintiff,<br><br>      v.<br><br>JONATHAN SCHARFEN, Acting Director,<br>U.S. Citizenship and Immigration Services, *et al.*<br><br>      Defendants. | Civil Action No. 08-1024 (JDB) |

## UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully move, by and through their undersigned counsel, for an enlargement of time to respond to the Complaint filed in the above entitled action. Specifically, Defendants request that the Court extend the deadline for responding to the Complaint from August 18, 2008 to October 2, 2008 -- a forty-five (45) day extension of time. Defense counsel has learned from Plaintiff's counsel that Plaintiff does not oppose this Motion. The grounds for this Motion are set forth below.

In this action, Plaintiff essentially seeks mandamus relief to compel United States Citizenship and Immigration Services ("USCIS") to adjudicate her I-485 immigration application for permanent residence. In sum, Plaintiff alleges that USCIS and the Federal Bureau of Investigation ("FBI") have unreasonably and improperly delayed adjudicating her application.

On June 19, 2008, the United States Attorney's Office for the District of Columbia received Plaintiff's Complaint. Shortly thereafter undersigned counsel contacted USCIS counsel to obtain information and assistance in responding to the Complaint. Subsequently, the FBI

- 2 -

informed undersigned counsel that an FBI "name check" had been completed regarding Plaintiff's application.

Given these developments and matters and deadlines in other pending cases, Defendants respectfully request the aforementioned extension. While undersigned counsel and USCIS counsel have been diligently analyzing the relevant materials and have begun to evaluate possible responses to the Complaint (*e.g.*, a motion to transfer or a motion to dismiss), due to such other matters and deadlines, Defendants require additional time to formulate an appropriate response. Moreover, in light of the aforementioned recent developments on Plaintiff's application, although not certain at this time, USCIS may shortly be in a position to adjudicate Plaintiff's application, which could obviate the need for further litigation in this action.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendants' first request for an extension of this deadline and, in total, their first request for an extension in this action. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing Defendants additional time to formulate an appropriate response to the Complaint serves the interests of the parties and the Court.

*   *   *

WHEREFORE, based on the foregoing, Defendants respectfully request that the time for responding to the Complaint be extended to, and including, October 2, 2008. A proposed order is attached.

Dated: August 12, 2008
      Washington, DC

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HELEN GODDARD,<br><br>      Plaintiff,<br><br>      v.<br><br>JONATHAN SCHARFEN, Acting Director,<br>U.S. Citizenship and Immigration Services, *et al.*<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-1024 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' unopposed motion for an enlargement of time to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that Defendants' consent motion is GRANTED, and it is further

ORDERED that Defendants shall have through, and including, October 2, 2008, to respond to the Complaint in this action.

_____          _____
Date                                                                  JOHN D. BATES
                                                                           United States District Judge


Copies to Counsel of Record by CM/ECF.