UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HELEN GODDARD,<br><br>                Plaintiff,<br><br>        v.<br><br>JONATHAN SCHARFEN, Acting Director,<br>U.S. Citizenship and Immigration Services, *et al.*<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 08-1024 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties to the above-entitled action hereby

stipulate to dismiss this action against all Defendants without prejudice, with each party to bear

its own costs and fees.

Dated: August 26, 2008
        Washington, DC

Respectfully submitted,


        /s/
_____
THOMAS A. ELLIOT, D.C. BAR #259713
Elliot & Mayock
1666 Connecticut Avenue, NW, 5th Floor
Washington, DC 20009
(202) 429-1725

*Attorney for Plaintiff*

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


        /s/
_____
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*